IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.        No.    CV16-290 WJ-LAM
                               CR 10-2138 WJ

TOMMY PENA,

    Defendant/Movant.

## ORDER

**THIS MATTER** is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant/Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence* (*CV Doc.1 ; CR Doc.152*). The Court will order the United States to answer Defendant/Movant's motion.

**IT IS THEREFORE ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant/Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence* (*CV Doc. 1; CR Doc. 152*) and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that the United States shall answer Defendant/Movant's § 2255 Motion [*CV Doc. 1; CR Doc. 152*] **within twenty-three days of entry of this Order**.

**IT IS SO ORDERED.**

                                                    _____
                                                    **LOURDES A. MARTÍNEZ**
                                                    **UNITED STATES MAGISTRATE JUDGE**